UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 27 2018 ★

LONG ISLAND OFFICE

| | |
|---|---|
| THERESA BUCCILLI,<br>ON BEHALF OF HERSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>　　　　　　　　　　Plaintiff,<br>v<br><br>ALLTRAN FINANCIAL, LP,<br><br>　　　　　　　　　　Defendant. | Civil Action, File No.<br>2:18-cv-03087-ADS-SIL |

## NOTICE OF SETTLEMENT

The parties hereby inform the Court that they have reached an agreement in principle to fully and finally resolve this matter subject to an acceptable settlement agreement or release. The parties request that they be given 45 days to finalize their settlement or advise the Court of any issues regarding same, and if none, to file a Stipulation of Dismissal of all claims with prejudice. The parties also ask the court to stay all deadlines and conferences for the aforementioned 45 days.

Dated:　　September 26, 2018　　　　　　　Dated:　　September 26, 2018

/s/_____　　　　　　　/s/_____
Mitchell L. Pashkin (MP-9016)　　　　　　　Adam P. Hartley, Esq.
Attorney For Plaintiff　　　　　　　　　　　Ballard Spahr LLP
775 Park Avenue, Ste., 255　　　　　　　　Attorneys For Defendant
Huntington, NY  11743　　　　　　　　　　1675 Broadway, 19th Floor
(631) 335-1107　　　　　　　　　　　　　　New York, NY  10019
　　　　　　　　　　　　　　　　　　　　　646.346.8033

The Clerk of the Court is respectfully directed to close the case. The parties are granted leave to re-open the case in the event settlement is not consummated. SO ORDERED.

/s/ *Arthur D. Spatt*
_____
Arthur D. Spatt, U.S.D.J.

9/27/18
_____
Date

1